# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MATTHEW MCCORMICK** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>)<br>)<br>**RGL ASSOCIATES, INC,** )<br>)<br>**DEFENDANT.** ) | **CV 08-HS-1290-E** |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through his undersigned counsel, and notifies the court that a settlement has been reached between the Parties in this matter, and that Plaintiff expects to file a Notice of Dismissal within the next 30 days.

/s/ Michael W. Lindsey

Attorney for Plaintiff
**OF COUNSEL:**
Lindsey Law Firm, LLC
One Perimeter Park South, Ste 330N
Birmingham, AL 35243
(205) 970-2233
(205) 278-8522 (facsimile)